# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARKEITH D. TUCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-18-0403-CG |
| | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) |
| | ) |
| Defendant. | ) |

## ORDER

The magistrate judge has submitted a Report and Recommendation, recommending that the complaint in this social security action be dismissed without prejudice for lack of subject matter jurisdiction. Doc. no. 7 (the Report). The Report advised the parties of their right to file an objection, and further advised that failure to timely object waives the right to appellate review of factual and legal issues contained in the Report. No objection has been filed, and no party has requested an extension of time within which to object. Having reviewed the Report, and with no objection having been made to the Report, the court finds that it agrees with the recommendations of that magistrate judge and that no purpose would be served by further discussion here.

The Report's recommendations are **ACCEPTED**, **AFFIRMED** and **ADOPTED**. As recommended, the complaint is **DISMISSED** without prejudice.

IT IS SO ORDERED this 25th day of May, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0403p001.docx